**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7231**

———————

ALEX DAVE ALEXANDER,

Plaintiff - Appellant,

versus

TERENA RICE, Sergeant; ANDRE HUSKINS,
Lieutenant at McDowell County Jail; DEPUTY
SHERIFF CAMPBELL, at McDowell County Jail;
DEPUTY SHERIFF DUNCAN, at McDowell County
Jail,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-04-180-1)

———————

Submitted: November 22, 2005            Decided: December 7, 2005

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alex Dave Alexander, Appellant Pro Se. Patrick Houghton Flanagan,
CRANFILL, SUMNER & HARTZOG, L.L.P., Raleigh, North Carolina, Julie
L. Kerr, CRANFILL, SUMNER & HARTZOG, L.L.P., Charlotte, North
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alex Dave Alexander seeks to appeal the district court's order dismissing his claims against defendant Campbell. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Alexander seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED